UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AF TRUCKING INC d/b/a AF TRUCKING
and YIDA FALKOWITZ,

     Plaintiffs,

 -against-

BUSINESS FINANCIAL SERVICES, INC.
d/b/a BFS CAPITAL and AXOS BANK,

     Defendants.

---

Case No. 7:19-cv-08149-CS

**STIPULATION OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

 IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against all defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without costs to any party and with each party to bear its own legal fees.

DATED: ~~December __, 2020~~ January 21, 2021

**Lupkin PLLC**

By: ___/s/___

Michael B. Smith (MS3281)
80 Broad Street, Suite 1301
New York, New York 10004
Tel.: (646) 367-2771
msmith@lupkinpllc.com

*Attorneys for Defendants*

**Levenson Law Group**

By: *Scott C. Levenson*

Scott C. Levenson
15 North Mill Street
Nyack, New York 10960
Tel.: (347) 352-2470
levensonlawgroup@gmail.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
Hon. Cathy Seibel, U.S.D.J.

8